UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:15-CV-23438-DPG

SALEH ALI SANYYEN ALSHAAR and his wife,
MAHA SHABAN AHMAD ALFALOUGI;
MUSHTAQ HAKEEM JUMAAH and his wife,
GHAIDAA ABDULWAHID JUMAAH;
GHAIDAA SHAKIR MAHMOOD, individually
and as personal/legal representative of the ESTATE OF
MAJID FADIL DARWEESH and on behalf of his survivors; and
NADIA HAKEEM JUMAAH, individually
and as personal/legal representative of the ESTATE OF
MUSTAFA ABDULWAHID JUMAAH and on behalf of his survivors,

     Plaintiffs,
v.

ISLAMIC REPUBLIC OF IRAN,

     Defendant.
_____/

## PLAINTIFFS' MOTION TO RE-OPEN CASE

Pursuant to this Court's Order dated August 31, 2017 [D.E. 24], the Plaintiffs respectfully file this Motion to Re-Open Case, and state as follows:

1. On August 31, 2017, the Court entered an Order Dismissing the complaint without prejudice. The order provided that Plaintiffs may re-open the case by motion.

2. Previously, Plaintiffs' obtained a Clerk's Default Against Defendant, Islamic Republic of Iran [D.E. 22].

3. Plaintiffs have now obtained a Fasi/Persian translation of the Clerk's Default, as well of as a required Notice of Default, both of which need to be served upon Iran through diplomatic channels before this case may proceed further.

236 Valencia Avenue, Coral Gables, Florida 33134
Phone: 305-445-0011 • Fax: 305-445-1181 • Email: info@silvasilva.com
www.silvasilva.com

CASE NO. 1:15-CV-23438-DPG

4. Said service requires the Clerk of Court to dispatch the materials that have been filed contemporaneously herewith to the Secretary of State in Washington, DC at Plaintiffs' expense.

5. It would be appropriate and serve the interests of justice for the Court to re-open the case to permit service of the Clerk's Default and permit such further proceedings after such service as needed to dispose of this matter.

6. Accordingly, the Plaintiffs respectfully request that this Court re-open the case.

**WHEREFORE**, the Plaintiffs respectfully request that this Court re-open the case, together with such further relief as is just and proper. A proposed Order is attached hereto as **Exhibit "A"**.

Dated: October 25, 2017.

Respectfully submitted,

By: _____
Paul Jon Layne, Esq.
Florida Bar No. 23558
SILVA & SILVA, P.A.
*Counsel for Plaintiffs*
236 Valencia Avenue
Coral Gables, FL 33134
Office: (305) 445-0011
Fax: (305) 445-1181
*Primary Email: playne@silvasilva.com*
*Secondary Email: vramos@silvasilva.com*

Page 2 of 2
236 Valencia Avenue, Coral Gables, Florida 33134
Phone: 305-445-0011 • Fax: 305-445-1181 • Email: info@silvasilva.com
www.silvasilva.com