UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:15-CV-23438-DPG

SALEH ALI SANYYEN ALSHAAR and his wife,
MAHA SHABAN AHMAD ALFALOUGI;
MUSHTAQ HAKEEM JUMAAH and his wife,
GHAIDAA ABDULWAHID JUMAAH;
GHAIDAA SHAKIR MAHMOOD, individually
and as personal/legal representative of the ESTATE OF
MAJID FADIL DARWEESH and on behalf of his survivors; and
NADIA HAKEEM JUMAAH, individually
and as personal/legal representative of the ESTATE OF
MUSTAFA ABDULWAHID JUMAAH and on behalf of his survivors,

      Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

      Defendant.

_____/

## PLAINTIFFS' STATUS REPORT

Pursuant to this Court's Endorsed Order dated April 23, 2018, the Plaintiffs respectfully file their Status Report, as follows:

1. This is an action to redress a foreign State sponsored terrorism attack upon the Plaintiff United States Government contractors serving/working in Iraq with the United State military. The action was filed on September 11, 2015.

2. After initial efforts of service of process on Defendant, Islamic Republic of Iran failed, the Plaintiff was able to serve Iran. Service was effectuated pursuant to 28 USC 1608(a)(4), through diplomatic channels.

3. Once the time for Defendant Iran to file a response to the suit lapsed, Plaintiffs moved for entry of a Default, which the Court granted on February 3, 2017.

236 Valencia Avenue, Coral Gables, Florida 33134
Phone: 305-445-0011 • Fax: 305-445-1181 • Email: info@silvasilva.com
www.silvasilva.com

4.  Thereafter, Plaintiff initiated efforts to serve the "Default" to Defendant Iran through diplomatic channels.

5.  Before and following the Status hearing held on November 2, 2017, plaintiffs have followed up on a regular basis with the United States Department of State, CA/OCS/L in Washington, DC to determine if the Default was served to Defendant Iran, as required, before further proceedings in this matter. Attached as **Exhibit "A"** are emails exchanged with the Department.

6.  Plaintiffs' last contact was on March 15, 2018, when the Department advised that the diplomatic note confirming service of the Default had not been received but would be forwarded to this Court's Clerk upon receipt.

7.  Meanwhile, Plaintiffs have been in contact with the United States Embassy in Amman Jordan and the United States Embassy In Baghdad, Iraq for purposes of using the offices to take videotaped deposition testimony of the Plaintiffs for use at a damages trial.

8.  Thus, Plaintiffs ask the Court to set a trial on damages at least 90 days from the time the diplomatic note confirming service of the Default on Iran is delivered to the Clerk. Plaintiff has no control over how long it will take, but Plaintiffs do not anticipate it will take much longer.

**WHEREFORE**, the Plaintiffs submit the foregoing Status Report as directed by the Court and request that once the diplomatic note is received, the Court schedule trial on damages in this case to occur at least 90 days thereafter, together with such further relief as is just and proper.

236 Valencia Avenue, Coral Gables, Florida 33134
Phone: 305-445-0011 • Fax: 305-445-1181 • Email: info@silvasilva.com
www.silvasilva.com

Dated: April 27, 2018.

Respectfully submitted,

By: _____

**Paul Jon Layne, Esq.**
**Florida Bar No. 23558**
SILVA & SILVA, P.A.
*Counsel for Plaintiffs*
236 Valencia Avenue
Coral Gables, FL 33134
Office: (305) 445-0011
Fax: (305) 445-1181
*Primary Email:* playne@silvasilva.com
*Secondary Email:* vramos@silvasilva.com

Page **3** of **3**
236 Valencia Avenue, Coral Gables, Florida 33134
Phone: 305-445-0011 • Fax: 305-445-1181 • Email: info@silvasilva.com
www.silvasilva.com